**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: | FILED: JUNE 12, 2008 |
|---|---|---|
| Ann Coyle, on behalf of herself and all others similarly situated, | | 08CV3407 |
| Plaintiff, | | JUDGE HOLDERMAN |
| v. | | MAGISTRATE JUDGE COX |
| Avent America, Inc.; Philips Electronics North America Corporation; Gerber Products Company; Handi-Craft Company; Nalge Nunc International Corp.; Playtex Products, Inc., Defendant. | | TC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print) |
| John R. Wylie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John R. Wylie |
| FIRM |
| Futterman Howard Watkins Wylie & Ashley, Chtd. |
| STREET ADDRESS |
| 122 S. Michigan Ave., Suite 1850 |
| CITY/STATE/ZIP |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6189251 | 312-427-3600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO [X] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO [X] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐