UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ann Coyle, on behalf of herself and all others similarly situated, )<br>)<br>)<br>                                Plaintiff,  )<br>)<br>   v.                                    )<br>)<br>Avent America, Inc.; Philips Electronics North )<br>America Corporation; Gerber Products )<br>Company; Handi-Craft Company; Nalge Nunc )<br>International Corp.; Playtex Products, Inc.; )<br>)<br>                            Defendants.  ) | No. 08-cv-03407<br><br>Judge Holderman<br><br>Magistrate Judge Cox |

**NOTICE OF MOTION**

     To:    Counsel of Record

     PLEASE TAKE NOTICE that on Wednesday, July 9, 2008, at 9:00 a.m., we shall appear before the Honorable Judge David H. Coar, United States District Court for the Northern District of Illinois, Courtroom 1419, 219 South Dearborn Street, Chicago, Illinois, and then and there present PLAINTIFF ANN COYLE'S MOTION FOR FINDING OF RELATEDNESS AND REASSIGNMENT OF CASE, which is filed with the Court this same day via the ECF System and is being served upon you.

                                                           Respectfully submitted,

                                                           s/ John R. Wylie
                                                           One of Plaintiffs' Attorneys

Date: June 20, 2008

John R. Wylie
Charles R. Watkins
FUTTERMAN HOWARD WATKINS
   WYLIE & ASHLEY, CHTD.
122 S. Michigan Ave.
Suite 1850
Chicago, IL 60603
312-427-3600
312-427-1850 (fax)

KELLER ROHRBACK LLP.
Lynn Lincoln Sarko
Juli E. Farris
Gretchen Freeman Cappio
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
 (206) 623-1900
 (206) 623-3384 (fax)

Attorneys for Plaintiff