## **CORRECTED CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that true and correct copies of the foregoing NOTICE OF MOTION and PLAINTIFF'S MOTION FOR FINDING OF RELATEDNESS AND REASSIGNMENT OF CASE were served via U.S. Mail before 5:00 p.m. on June 20, 2008, proper first class postage prepaid:

| | |
|---|---|
| Kristen Elizabeth Hudson<br>Paula Enid Litt<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606<br>(312) 701-9300 | Norman Rifkind<br>Lasky & Rifkind, Ltd.<br>350 North LaSalle Street<br>Suite 1320<br>Chicago, IL 60610<br>(312) 634-0057 |
| Avent America<br>Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Nalge Nunc International Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Gerber Products Company<br>CSC – Lawyers Incorporating Service<br>601 Abbot Road<br>East Lansing, MI 48823 | Philips Electronics North America Corp.<br>Corporation Service Company<br>2711 Centerville Road, Suite 4000<br>Wilmington, DE 19808 |
| Handi-Craft Company<br>c/o Peter W. Herzog, Registered Agent<br>515 North 6th Street, 24th Floor<br>St. Louis, MO 63101 | Playtex Products, Inc.<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

                                            /s/ John R. Wylie_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ann Coyle, on behalf of herself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Avent America, Inc.; Philips Electronics North )<br>America Corporation; Gerber Products )<br>Company; Handi-Craft Company; Nalge Nunc )<br>International Corp.; Playtex Products, Inc.; )<br>)<br>Defendants. ) | No. 08-cv-03407<br><br>Judge Holderman<br><br>Magistrate Judge Cox |

## **NOTICE OF FILING**

To:   See Attached

PLEASE TAKE NOTICE that on Friday June 20, 2008, we filed a CORRECTED CERTIFICATE OF SERVICE with the Court via the ECF System and are serving the same upon you.

                                          Respectfully submitted,

                                          s/ John R. Wylie
                                          One of Plaintiffs' Attorneys

Date: June 20, 2008

John R. Wylie
Charles R. Watkins
FUTTERMAN HOWARD WATKINS
  WYLIE & ASHLEY, CHTD.
122 S. Michigan Ave.
Suite 1850
Chicago, IL 60603
312-427-3600
312-427-1850 (fax)


KELLER ROHRBACK LLP.

Lynn Lincoln Sarko
Juli E. Farris
Gretchen Freeman Cappio
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
 (206) 623-1900
 (206) 623-3384 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that true and correct copies of the foregoing CORRECTED CERTIFICATE OF SERVICE were served via U.S. Mail before 5:00 p.m. on June 20, 2008, proper first class postage prepaid:

| | |
|---|---|
| Kristen Elizabeth Hudson<br>Paula Enid Litt<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606<br>(312) 701-9300 | Norman Rifkind<br>Lasky & Rifkind, Ltd.<br>350 North LaSalle Street<br>Suite 1320<br>Chicago, IL 60610<br>(312) 634-0057 |
| Avent America<br>Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Nalge Nunc International Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Gerber Products Company<br>CSC – Lawyers Incorporating Service<br>601 Abbot Road<br>East Lansing, MI 48823 | Philips Electronics North America Corp.<br>Corporation Service Company<br>2711 Centerville Road, Suite 4000<br>Wilmington, DE 19808 |
| Handi-Craft Company<br>c/o Peter W. Herzog, Registered Agent<br>515 North 6th Street, 24th Floor<br>St. Louis, MO 63101 | Playtex Products, Inc.<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

                                         /s/ John R. Wylie_____