**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ann Coyle
                          Plaintiff,

v.                                                   Case No.: 1:08−cv−03407
                                                    Honorable James F. Holderman

Avent America, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion to consolidate cases [5] is entered and continued to 8/19/2008 at 9:00 a.m. Motion hearing held on 7/9/2008 regarding motion to consolidate cases. [5] Motion Hearing set for 8/19/2008 at 9:00 a.m.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.