## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3407                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00     ☐ $39.00      ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets            ☐ Other

☐ Writ _____             _____
      *(Type of Writ)*                   _____
                                         *(Type of issuance)*

_5_ Original and _5_ copies on _7-18-08_ as to _ALL DEFENDANTS_
                                *(Date)*