IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANN COYLE, on behalf of herself and all other similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08-3407 |
| AVENT AMERICA, INC., PHILIPS ELECTRONICS NORTH AMERICA CORP., GERBER PRODUCTS CO., HANDI-CRAFT CO., NALGE NUNC INTERNATIONAL CORP., PLAYTEX PRODUCTS, INC. | ) ) ) ) ) ) | Judge James F. Holderman |
| Defendants. | ) ) | |

UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD PENDING DECISION ON
CONSOLIDATION BEFORE THE MDL PANEL

Defendant Avent America, Inc., by its attorneys and pursuant to Federal Rule of

Civil Procedure 6(b), requests an extension of time to answer or otherwise plead to Plaintiff's

Complaint. In support of the Motion, Defendant states as follows:

1.    On June 12, 2008, Plaintiff filed her Complaint. On July 22, 2008, Avent

executed a waiver of service, and Avent's answer is due on August 13, 2008.

2.    On or about June 20, 2008, Plaintiff filed a motion with the Panel on

Multidistrict Litigation ("MDL Panel") to join an already pending motion to transfer and

consolidate this action pursuant to 28 U.S.C. § 1407 with a number of similar putative class

actions and "tag-along" actions pending in various United States district courts.

3.    While consolidation is likely, the parties disagree on the correct forum. In

briefing before the MDL Panel, the parties have suggested four potential transferee jurisdictions,

including the Northern District of Illinois, the Western District of Missouri, the District of

Kansas, and the Central District of California.

      4.     A hearing on the motion to transfer is scheduled before the MDL Panel on

July 31, 2008.

      5.     Defendant requests an extension of time to answer or otherwise plead until

thirty days after the MDL Panel rules on the motion to transfer and consolidate.

      6.     Counsel for Plaintiff has informed Defendant's counsel that Plaintiff has

no objection to this Motion.

      7.     An extension of time is in the interest of judicial economy because it will

allow Defendant to answer one consolidated complaint, instead of multiple complaints. The

motion is not made for purposes of delay, nor will an extension of time prejudice Plaintiff.

      WHEREFORE, for the reasons stated above, Defendant Avent America, Inc.

respectfully requests that this Court allow them an extension of time to answer or otherwise

plead to the Complaint until thirty days after the MDL Panel has ruled on the motions to transfer

and consolidate, and for any other relief this Court deems just and equitable.

Dated:  July 23, 2008                Respectfully submitted,

                          /s/ Kristen E. Hudson
                          One of the Attorneys for Defendant
                          Avent America, Inc.

Paula E. Litt – ARDC #6187696
litt@sw.com
Kristen E. Hudson – ARDC #6281191
hudson@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Tel: 312.701.9300

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify that on July 23, 2008, I

electronically filed the foregoing **Unopposed Motion for an Extension of Time to Answer or**

**Otherwise Plead Pending Decision on Consolidation Before the MDL Panel** using the

Court's CM/ECF system, which will automatically send electronic notification of such filing to

the following individuals:

John R. Wylie
**Email: jwylie@futtermanhoward.com**
Futterman Howard Watkins
   Wylie & Ashley, Chtd.
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Tele: 312.427.3600
Attorney for Plaintiff

Mary Rose Alexander
**Email: mary.rose.alexander@lw.com**
Kathleen Patricia Lally
**Email: kathleen.lally@lw.com**
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois  60606
Tele: 312.876.7700
Attorney for Defendant, Playtex Products, Inc.

/s/ Kristen E. Hudson