IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANN COYLE, on behalf of herself and all other similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-3407 |
| AVENT AMERICA, INC., on behalf of itself and on behalf of a Defendant Class of producers, manufacturers, and/or distributors of polycarbonate plastic bottle products containing the industrial chemical Bisphenol-A. | ) ) ) ) ) ) | Judge James F. Holderman |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached Certificate of Service

PLEASE TAKE NOTICE THAT on Tuesday, July 29, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable James F. Holderman, or any judge who may be sitting in his stead, in Room 2541 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present the **Unopposed Motion for an Extension of Time to Answer or Otherwise Plead Pending Decision on Consolidation Before the MDL Panel**, a copy of which is hereby served upon you.

Dated:  July 23, 2008                                   Respectfully submitted,

                                                         /s/ Kristen E. Hudson
                                                        One of the Attorneys for Defendant
                                                        Avent America, Inc.

Paula E. Litt – ARDC #6187696
Kristen E. Hudson – ARDC #6281191
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Tele: 312.701.9300

## **CERTIFICATE OF SERVICE**

I, Kristen E. Hudson, an attorney, hereby certify that on July 23, 2008, I electronically filed the foregoing **Unopposed Motion for an Extension of Time to Answer or Otherwise Plead Pending Decision on Consolidation Before the MDL Panel** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

John R. Wylie
**Email: jwylie@futtermanhoward.com**
Futterman Howard Watkins
  Wylie & Ashley, Chtd.
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Tele: 312.427.3600
Attorney for Plaintiff

Mary Rose Alexander
**Email: mary.rose.alexander@lw.com**
Kathleen Patricia Lally
**Email: kathleen.lally@lw.com**
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois  60606
Tele: 312.876.7700
Attorney for Defendant, Playtex Products, Inc.

/s/ Kristen E. Hudson