**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Ann Coyle, on behalf of herself and all other similarly situated persons, )<br><br>       *Plaintiff*, )<br><br>   v. )<br><br>Avent America, Inc., )<br>Philips Electronics North America Corp., )<br>Gerber Products Co., )<br>Handi-Craft Co., )<br>Nalge Nunc International Corp., and )<br>Playtex Products, Inc. )<br><br>       *Defendants*. ) | Civil Action No. 08 C 03407<br><br>Judge James F. Holderman<br><br>Magistrate Judge Susan R. Cox |

**PLAYTEX PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Playtex Products, Inc. ("Playtex"), by and through its counsel, hereby states that it is a corporation organized under the laws of the State of Delaware. Energizer Holdings, Inc. holds one hundred percent (100%) of Playtex's stock.

Dated: July 30, 2008

Respectfully submitted,

/s/ Mary Rose Alexander
Mary Rose Alexander
Kathleen P. Lally
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone:  312-876-7700
Facsimile:  312-993-9767
Attorneys for Defendant Playtex Products, Inc.