**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ann Coyle

                        Plaintiff,

v.                                  Case No.: 1:08−cv−03407
                                  Honorable James F. Holderman

Avent America, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant Avent America, Inc.'s Unopposed Motion for an Extension of Time to Answer or Otherwise Plead Pending Decision on Consolidation Before the MDL Panel [16] is granted; defendant is given thirty days after the MDL Panel has ruled on the motions to transfer and consolidate to answer or otherwise plead to the complaint. Counsel shall apprise the Court when the MDL Panel has ruled. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.