# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ann Coyle

                Plaintiff,

v.                                         Case No.: 1:08−cv−03407
                                       Honorable James F. Holderman

Avent America, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant Playtex Products, Inc.'s agreed motion to extend the time for defendant Playtex Products, Inc. to answer or otherwise plead [22] is granted; defendant is given until 9/5/2008 to answer or otherwise plead to the complaint. Status hearing set for 9/9/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.