# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District District of Illinois

Case Number: 08-CV-3407

Plaintiff:
**Ann Coyle, et al.**

vs.

Defendant:
**Avent America, Inc.; et al.**

For:
Futterman Howard Watkins Wylie & Ashley
122 S. Michigan Avenue
Suite 1850
Chicago, IL 60603

Received by One Legal on the 22nd day of July, 2008 at 3:59 pm to be served on **Philips Electronics North America Corporation, 2711 Centerville Road, Suite 400, Wilmington, DE 19808**.

I, Daniel Newcomb, do hereby affirm that on the **23rd day of July, 2008** at **2:42 am, I**:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Complaint and Exhibits A through E** with the date and hour of service endorsed thereon by me, to: **Corporation Service Company, Mary Drummond** as **Registered Agent** at the address of: **2711 Centerville Road, Suite 400, Wilmington, DE 19808** on behalf of **Philips Electronics North America Corporation**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Daniel Newcomb**
Process Server

One Legal
504 Redwood Blvd.
#223
Novato, CA 94947
(415) 491-0606
Our Job Serial Number: 2008000004
Ref: 1755045