IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANN COYLE, on behalf of herself and all other similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-3407 |
| AVENT AMERICA, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; GERBER PRODUCTS COMPANY; HANDI-CRAFT COMPANY; NALGE NUNC INTERNATIONAL CORP.; PLAYTEX PRODUCTS, INC.; | ) ) ) ) ) ) ) ) | Judge James F. Holderman  Magistrate Judge Cox |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     See attached Certificate of Service

PLEASE TAKE NOTICE THAT on Tuesday, August 19, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable James F. Holderman, or any judge who may be sitting in his stead, in Room 2541 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present the **Unopposed Motion for an Extension of Time to Answer or Otherwise Plead Pending Decision on Consolidation Before the MDL Panel**, a copy of which is hereby served upon you.

Dated:  August 11, 2008

Respectfully submitted,

 /s/ Kristen E. Hudson
One of the Attorneys for Defendant
Philips Electronics North America Corporation

Paula E. Litt – ARDC #6187696
litt@sw.com
Kristen E. Hudson – ARDC #6281191
hudson@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Tele: 312.701.9300

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify that on August 11, 2008, I electronically filed the foregoing **Notice of Motion** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

Lynn Lincoln Sarko, Esq.
**Email: lsarko@kellerrohrback.com**
Gretchen Freeman Cappio, Esq.
**E-mail: gcappio@@kellerrohrback.com**
Laura R. Gerber
**E-mail: lgerber@kellerrohrback.com**
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Tele: 206.623.1900
Attorneys for Plaintiff

Mary Rose Alexander, Esq.
**Email: mary.rose.alexander@lw.com**
Kathleen Patricia Lally
**Email: kathleen.lally@lw.com**
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois  60606
Tele: 312.876.7700
Attorney for Defendant, Playtex Products, Inc.

John R. Wylie, Esq.
**Email: jwylie@futtermanhoward.com**
Futterman Howard Watkins
  Wylie & Ashley, Chtd.
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Tele: 312.427.3600
Attorney for Plaintiff

/s/ Kristen E. Hudson