UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN COYLE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AVENT AMERICA, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; GERBER PRODUCTS COMPANY; HANDI-CRAFT COMPANY; NALGE NUNC INTERNATIONAL CORP.; PLAYTEX PRODUCTS, INC.<br><br>    Defendants. | No. 1:08-cv-03407<br><br>(Assigned to Judge Holderman, Magistrate Judge Cox)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  June 12, 2008<br>Trial Date:  None Set |

WHEREAS, Plaintiff Ann Coyle, on behalf of herself and all others similarly situated, ("Plaintiff") filed a putative class action against several defendants, including Gerber Products Company ("Gerber"), on June 12, 2008;

WHEREAS, Gerber was served on July 23, 2008;

WHEREAS, this case is one of twenty-two (22) putative class actions currently the subject of a Motion to Transfer and Consolidate pending before the Judicial Panel on Multidistrict Litigation ("JPML"), *In re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation*, MDL. No. 1967;

- 1 -

LOSANGELES 779909 (2K)

WHEREAS, to the best of the parties' information and belief, all parties to the twenty-two (22) pending cases agree that the cases should be consolidated for pretrial proceedings pursuant to 28 U.S.C. §1407;

WHEREAS, the JPML heard the Motion to Transfer on July 31, 2008, and the JPML's Order on the Motion is forthcoming;

WHEREAS, Plaintiff has agreed to an extension of Gerber's time to respond to the Complaint;

WHEREAS, this extension is not sought for any bad faith reason or for purposes of unnecessarily delaying this action;

WHEREAS, the parties anticipate that a further extension may be sought, and that this extension is without prejudice to further requests in view of potential Multi-District Litigation treatment;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Gerber shall have thirty (30) days following the JPML's entry of ruling on the pending Motion to Transfer to file a response to Plaintiff's Complaint.


IT IS SO STIPULATED.

Dated: August 11, 2008

WHITE & CASE LLP


By: _Rachel J. Feldman_
Bryan A. Merryman
Rachel J. Feldman
Attorneys for Defendant Gerber Products Company

Dated: August 11, 2008

KELLER ROHRBACK LLP


By: _Laura R. Gerber_
Gretchen Freeman Cappio
Laura R. Gerber
Attorneys for Plaintiff

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

LOSANGELES 779909 (2K)