UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN COYLE, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AVENT AMERICA, INC., et al., <br><br> Defendants. | Case No. 08-CV-03407 <br><br> Chief Judge James F. Holderman |

### NOTICE OF MOTION

To:

| | |
|---|---|
| Lynn Lincoln Sarko <br> Juli E. Farris <br> Gretchen Freeman Cappio <br> Laura R. Gerber <br> Keller Rohrback LLP <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101-3052 | Charles R. Watkins <br> John R. Wylie <br> Ronald L. Futterman <br> Futterman Howard Watkins Wylie <br>    & Ashley CHTD <br> 122 S. Michigan Avenue, Suite 1850 <br> Chicago, IL 60603 |

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants' counsel shall appear before the Honorable James F. Holderman, or any judge sitting in his stead, in the courtroom usually occupied by him, Courtroom No. 2541, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT HANDI-CRAFT COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**, a copy of which is attached hereto and served upon you.

Dated: August 12, 2008

                                                              s/*John F. Kinney*
                                                              One of the Attorneys for
                                                              Defendant Handi-Craft Company

John F. Kinney
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312 222-9350
Facsimile: 312 527-0484
jkinney@jenner.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of August, 2008, the foregoing **Defendant Handi-Craft Company's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint** and **Notice of Motion** were electronically filed with the Clerk of the Court by using the ECM/ECF system which will send a notice of electronic filing to the following:

Lynn Lincoln Sarko
Juli E. Farris
Gretchen Freeman Cappio
Laura R. Gerber
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Attorneys for Plaintiff

Charles R. Watkins
John R. Wylie
Ronald L. Futterman
Futterman Howard Watkins Wylie
   & Ashley CHTD
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603

s/*John F. Kinney*
One of the Attorneys for
Defendant Handi-Craft Company