UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ann Coyle
                Plaintiff,

v.                                        Case No.: 1:08−cv−03407
                                        Honorable James F. Holderman

Avent America, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable James F. Holderman dated 8/13/08:Defendant Handi−Craft Company and Defendant Philips Electronics North America Corp's unopposed motions (32 & 36) for an exztension of time to answer or otherwise plead to plaintiff's complaint pending decision on consolidation before the MDL Panel is grantd. Motion terminated. Defendants are given thirty days after the MDL Panel has ruled on the motions to transfer and consolidate in which to answer or otherwise plead to plaintiffs' complaint. The motion hearings set for 8/19/08 are stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.