IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ann Coyle, on behalf of herself and all other similarly situated persons, | ) ) | Civil Action No. 08 C 03407 |
| *Plaintiff*, | ) ) | Judge James F. Holderman |
| v. | ) ) ) | Magistrate Judge Susan R. Cox |
| Avent America, Inc., Philips Electronics North America Corp., Gerber Products Co., Handi-Craft Co., Nalge Nunc International Corp., and Playtex Products, Inc., | ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 4, 2008 at 9:00 a.m. defendant Playtex Products, Inc. shall appear before the Honorable James F. Holderman, or any other judge sitting in his stead in the courtroom usually occupied by him, at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present defendant Playtex Products, Inc.'s Agreed Motion To Further Extend The Time For Defendant Playtex Products, Inc. To Answer Or Otherwise Plead.

Dated:  August 21, 2008

Respectfully submitted,

/s/ Mary Rose Alexander
Mary Rose Alexander
Kathleen P. Lally
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone:  312-876-7700
Facsimile:  312-993-9767
Attorneys for Defendant Playtex Products, Inc.