UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ann Coyle

        Plaintiff,

v.                 Case No.: 1:08−cv−03407
                  Honorable James F. Holderman

Avent America, Inc., et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 29, 2008:

  MINUTE entry before the Honorable James F. Holderman: Defendant Playtex Products, Inc.'s Agreed Motion to Further Extend the Time for Defendant Playtex Products, Inc. to Answer or Otherwise Plead [40] is granted; the time for the defendant to answer or otherwise plead is postponed until after the transfer and consolidation of this case in the Western District of Missouri. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.